UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.:  6:12-CV-641-JA-DB

FRANK AMODEO

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Petitioner, Frank Amodeo, pursuant to Federal Rules of Appellate Procedure 4(a)(1)(B) and 22(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's denial of the issuance of a certificate of appealability, entered on September 25, 2015, and judgment, entered on September 28, 2015.

Respectfully submitted this 25th day of November, 2015.

Respectfully Submitted,

*s/ Jonathan Rose, Esq.*_____
JONATHAN ROSE, ESQ.
Florida Bar No. 0188832
JONATHAN ROSE, P.A.
337 North Ferncreek Avenue
Orlando, Florida 32803
Telephone:    407-894-4555
Facsimile:     407-893-8151
jrose@jonathanrosepa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned electronically filed the foregoing *Notice of Appeal* with the Clerk of Court (MDFL) by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney Roger Handberg, this 25th day of November, 2015.

*s/ Jonathan Rose, Esq.*_____
JONATHAN ROSE, ESQ.